**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00080-REB-BNB

STEVEN A. HILBERT,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY O[1]F PITTSBURGH, PA, INC.,

    Defendant.

**MINUTE ORDER**

    In light of the parties joint notice of settlement [#29], the following motions are denied as moot: (1) **Plaintiff Seven A. Hilbert's Motion for Partial Summary Judgment** [#19] filed June 20, 2012; and (2) **Defendant's Motion for Summary Judgment** [#21] filed July 16, 2012.

    Dated:  March 22, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.