**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00080-REB-BNB

STEVEN A. HILBERT,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal** [#33][1] filed April 2, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#33] filed April 2, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set May 31, 2013, are **VACATED**;

3. That the jury trial set to commence June 17, 2013, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Dated April 2, 2013, at Denver, Colorado.

                                           **BY THE COURT:**

                                           Robert E. Blackburn
                                           United States District Judge